JS-6

FILED
CLERK, U.S. DISTRICT COURT

AUG 23, 2016

CENTRAL DISTRICT OF CALIFORNIA
BY: ____ BH ____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| VIVIAN SUE TRUEX,<br><br>Plaintiff,<br><br>v.<br><br>ADESA, INC., ADESA CALIFORNIA, LLC; and DOES 1 through 90, inclusive,<br><br>Defendants. | Case No. 5:16-cv-01076-VAP-JC<br><br>**[PROPOSED] ORDER ON STIPULATION TO REMAND CASE TO THE SUPERIOR COURT OF THE STATE OF CALIFORNIA**<br><br>The Hon. Virginia A. Phillips<br><br>Action Filed:   April 12, 2016<br>Removed:        May 23, 2016 |

Upon consideration of the parties' Stipulation regarding Limitation on Damages Sought and Recoverable by Plaintiff, and Request that this Case be Remanded Back to the Superior Court of the State of California, it is hereby ordered that this action is REMANDED to the Superior Court of California, County of Riverside (Riverside Superior Court Case No. RIC1604220).

**IT IS SO ORDERED.**

DATED:  August 23, 2016

_____
Hon. Virginia A. Phillips
Chief U.S. District Judge

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES